**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7164**

---

GARY LEWIS MILLER,

Plaintiff- Appellant,

versus

PASQUOTANK CORRECTIONAL INSTITUTION; JAMES B.
HUNT, JR., Governor; DANIEL L. STIENEKE, Di-
rector of Prisons; NORTH CAROLINA DEPARTMENT
OF CORRECTIONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-394-5-F)

---

Submitted:  December 16, 1999      Decided:  December 21, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gary Lewis Miller, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Lewis Miller appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miller v. Pasquotank Correctional Institution, No. CA-99-394-5-F (E.D.N.C. Aug. 10, 1999). We deny Miller's motion for production of documents.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED